UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| AT&T CORPORATION | CIV. ACTION NO. 07-1544 |
| VERSUS | JUDGE ROBERT G. JAMES |
| COLUMBIA GULF TRANSMISSION COMPANY | MAG. JUDGE KAREN L. HAYES |

**ORDER**

For the reasons set forth in the Report and Recommendation [Doc. No. 32] of Magistrate Judge Karen L. Hayes, to the extent adopted herein,

IT IS ORDERED that the Motion for Partial Summary Judgment [Doc. No. 18] filed by Plaintiff AT&T Corporation is DENIED.

MONROE, LOUISIANA, this 14th day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE